PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
CASPAR CHAN, CSBN 294804
Special Assistant United States Attorney
    Social Security Administration
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: 510-970-4810
    Facsimile: 415-744-0134
    Email: Caspar.Chan@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| MARION FRANKS,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Civil No. 2:23-cv-02736-DMC<br><br>**STIPULATION AND ORDER FOR VOLUNTARY REMAND** |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that this action be remanded for further administrative action pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision.

On remand, the Commissioner will offer Plaintiff an opportunity for a new hearing, further develop the record as necessary, and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Date: <u>April 25, 2024</u>　　　　　　　　　　LAW OFFICES OF FRANCESCO BENAVIDES

　　　　　　　　　　　　　　　By:　　<u>/s/ Caspar Chan for Francesco Benavides</u> *
　　　　　　　　　　　　　　　　　　FRANCESCO BENAVIDES
　　　　　　　　　　　　　　　　　　*Authorized by email on April 25, 2024
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

Date: <u>April 25, 2024</u>　　　　　　　　　　PHILIP A. TALBERT
　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　Eastern District of California

　　　　　　　　　　　　　　　By:　　<u>/s/ Caspar Chan</u>
　　　　　　　　　　　　　　　　　　CASPAR CHAN
　　　　　　　　　　　　　　　　　　Special Assistant United States Attorney
　　　　　　　　　　　　　　　　　　Attorneys for Defendant

<u>ORDER</u>

APPROVED AND SO ORDERED

Dated:  April 25, 2024

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE